**STATE of Missouri, Respondent,**

v.

**Jerry G. SLAVENS, Appellant.**

**No. WD 39757.**

Missouri Court of Appeals, Western District.

April 5, 1988.

L.R. Magee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

**ORDER**

PER CURIAM:

Slavens was convicted of the Class C felony of second degree burglary,

§ 569.170, RSMo 1986 and stealing over $150, § 570.030.1, RSMo 1986, receiving concurrent sentences of seven years as a prior offender.

Judgment affirmed. Rule 30.25.